UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLYVONNE ANDERSON, o/b/o I.J., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Cause No. 4:11CV608 RWS |

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation to affirm the decision of the Commissioner of Social Security to deny Plaintiff Supplemental Security Income under Title XVI of the Social Security Act. Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge Terry I. Adelman for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). Judge Adelman issued a Report and Recommendation on July 2, 2012 that recommended that the Commissioner's decision to deny benefits should be affirmed. Judge Adelman found that the Administrative Law Judge's determination that Plaintiff was not entitled to benefits was supported by substantial evidence in the record.

Any objections to Judge Adelman's Report and Recommendation had to be filed by July 16, 2012. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Adelman is **SUSTAINED, ADOPTED AND INCORPORATED** herein.  The Commissioner of Social Security's decision to deny Supplemental Security Income benefits to Plaintiff is affirmed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2012.